UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                 Case No. 3:20-CR-130

vs.                                        District Judge Michael J. Newman

TERRY BACCUS,

    Defendants.

**ORDER (1) AFFIRMING THE ORDER OF DETENTION
AND (2) DENYING DEFENDANT'S ORAL MOTION FOR BOND**

Previously in this case, the Court denied Defendant's Motion for Bond. Doc. No. 21.

At the conclusion of the motion to suppress hearing held on April 22, 2021, Defendant's counsel orally moved for reconsideration of the Order denying his release on bond.

On April 27, 2021, the Court held a telephone hearing concerning Defendant's motion for reconsideration of bond during which counsel for both parties presented oral arguments. Defendant asks the Court to issue a bond pending the Court's decision on his Motion to Suppress. Doc. No. 18. He asserts that if bond is now granted, it is a near certainty that he will be immediately taken into state custody on matters related to his parole revocation in state court.

The Court has considered counsels' arguments, reviewed the record, and reconsidered the previous Order denying Defendant's Motion for Bond. Doc. No. 21. For the reasons set forth in the previous Order, *id*., the Court hereby **DENIES** Defendant's oral motion for reconsideration of bond. The Court's previous Detention Order shall remain in effect.

    IT IS SO ORDERED.

April 27, 2021                                                    *s/Michael J. Newman*
                                                                 Michael J. Newman
                                                                 United States District Judge