UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERRY BACCUS,

    Defendant.

Case No. 3:20-CR-130

District Judge Michael J. Newman

## ORDER

This criminal case came before the Court for a suppression hearing on April 22, 2021. At the conclusion of the hearing, counsel requested a hearing transcript and that the Court set a post-hearing briefing schedule. Accordingly, the Court sets the following briefing schedule: (1) Defendant shall file a post-hearing brief within **21 days** following the filing of the hearing transcript; (2) the government shall file a response brief within **21 days** following the filing of Defendant's brief; and (3) Defendant may file a reply brief within **14 days** following the filing of the government's response. Thereafter, the Court will take the matter under submission and will endeavor to issue a decision promptly.

    **IT IS SO ORDERED.**

April 27, 2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge