UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:20-cr-130

vs.

TERRY BACCUS,                           District Judge Michael J. Newman
                                                           Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 39)

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 39. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with possession of a firearm after having been previously convicted of a felony offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). Doc. No. 2. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

November 29, 2021                                                 /s Michael J. Newman
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge