UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             Case No. 3:20-CR-130

vs.

TERRY BACCUS,

                                     District Judge Michael J. Newman

       Defendants.

---

**ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER HIS DETENTION ORDER (DOC. NO. 44) SO THAT HE MAY ANSWER TO HIS PAROLE VIOLATION CHARGES IN STATE COURT**

---

Defendant is currently detained pre-trial following his plea of guilty to one count of felon in possession of a firearm.  Doc. Nos. 37, 42.  Now before the Court is Defendant's unopposed motion to review his detention order.  Doc. No. 44.  The motion was brought for the limited purpose of permitting Defendant to be transferred to state court where he faces a parole violation hearing.

Having fully and carefully considered the motion, the Court finds it supported by good cause.  Accordingly, the motion is **GRANTED.**  The Court will issue a detainer today so that Defendant will be immediately returned to federal court upon completion of his state court parole violation proceedings.

Defendant shall remain in pre-trial detention at all times -- whether in federal or state custody -- and shall not be released.  This Order does not authorize the release of Defendant under any circumstances.

      **IT IS SO ORDERED.**

Date: <u>February 28, 2022</u>          <u>*s/ Michael J. Newman*</u>
                                         Michael J. Newman
                                         United States District Judge